UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ECCLESIASTE DANIEL NOEL,
Petitioner,
v.
CHRISTOPHER LAROSE, et al.,
Respondents.

Case No.: 26-cv-5594-RSH-MMP

**ORDER GRANTING PETITION FOR HABEAS CORPUS**

On September 29, 2026, petitioner Ecclesiaste Daniel Noel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner is a national of Haiti. *Id.* at ¶ 1. On June 20, 2023, Petitioner entered the United States through the Fort Lauderdale International airport in Florida. ECF No. 4-1 at 3. He was subsequently paroled into the United States pursuant to 8 U.S.C. § 1182(d)(5)(A). ECF Nos. 1 at ¶ 3; 1-4 at 1. On August 17, 2026, Petitioner was detained by U.S. Immigration and Customs Enforcement ("ICE"). ECF No. 1 at ¶ 4. He challenges his detention as a violation of due process. *See* ECF No. 1.

In its return, the Government concedes that Petitioner was paroled into the country and states that it has "insufficient information regarding termination of [Petitioner's] parole . . . to provide to the Court." ECF No. 4 at 2. The Government further "acknowledges that

this [c]ourt's prior decisions will control the result here if the Court adheres to its prior decisions," citing to more than a dozen cases of this court granting petitions for writ of habeas corpus on similar facts. *Id*. at 2–3. Finally, the Government states that it "does not oppose the petition and defers to the Court on the appropriate relief." *Id*. at 3.

For these reasons, the Petition is **GRANTED**. The Court **ORDERS** that the Government release petitioner Ecclesiaste Daniel Noel from immigration custody within **one business day** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release as may be appropriate.

To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: October 9, 2026

Hon. Robert S. Huie
United States District Judge